LAW OFFICE OF
## Jacob Barclay Mitchell, Esq.
140 Broadway, Suite 4611
New York, New York 10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-2019

TELEPHONE: (212) 204-2574
CELLULAR: (540) 273-3400

E-MAIL: jacobbarclaymitchell@gmail.com
FACSIMILE: (212) 858-7750

December 10, 2019

*VIA ECF*

MEMO ENDORSED

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Paul-Hudgins (Armando Barbier)
       19-Cr-677 (LTS)

Dear Judge Swain,

I am counsel to Armando Barbier, one of the defendants in the above captioned case pending before you. I write to request permission for Mr. Barbier to travel to Sacramento, California to compete in a boxing event on December 21, 2019. The boxing event is sanctioned by USA Boxing Northern California and will be held at Caballero's BC, 35 Quinta Ct. Sacramento, CA 95829. Mr. Barbier informs me he has his amateur boxing license and wants to compete in this event so he may be eligible for Golden Gloves next year.

I have consulted with Pretrial Services and Assistant United States Attorney Elizabeth Espinosa and neither party objects. If the Court approves this application his tentative travel plans are to fly December 18, 2019 and return December 22, 2019. He will be staying at the Super 8 Motel 4317 Madison Ave. Sacramento, CA 95842.

Mr. Barbier will provide his itinerary to Pretrial Services in the event Your Honor approves this request.

The request is granted.

Respectfully submitted,

_____/S/_____
Jacob Mitchell

SO ORDERED:

_____  12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE