**KENNETH A. PAUL**
ATTORNEY AT LAW

140 BROADWAY – SUITE 4610
NEW YORK, N.Y. 10005
TELEPHONE: (212) 587-8000
FAX: (212) 858-7750

kpaul@kennethpaulesq.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-2020
```

January 23, 2020

**Via ECF**
Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Armando Barbier
     19 Cr. 677 (LTS)

Dear Judge Swain:

I represent Mr. Armando Barbier in the above-referenced matter. I write to request permission for Mr. Barbier to be able to travel on a family vacation to Jamaica in March.

His date of departure would be on March 14, 2020, leaving on American Airlines from JFK at 7:05 a.m. and arriving at MBJ airport at 4:25 p.m. He would be returning on March 21, 2020, leaving at 11:17 a.m. and arriving at JFK at 4:25 p.m. While in Montego Bay, Jamaica, he and his family would be staying at RIU Montego Bay, Mahoe Bay, Rose Hall Iranshare P.O., Montego Bay, Jamaica. (Tel. #876-940-8010).

I have spoken with his pretrial services officer, Ms. Keyana Pompey, who takes no position regarding this request. It is understood that if this is granted Mr. Barbier will have to return his passport to pretrial services within 72 hours of his return. AUSA Elizabeth Espinosa does not consent to this application.

Thank you for your consideration.

*The requested modification is DENIED. DE #38 resolved.*

Respectfully,

Kenneth A. Paul

SO ORDERED:
/s/ 1/24/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc: AUSA Elizabeth Espinosa    (Via ECF)