UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                           No. 19CR677-LTS

ARMANDO BARBIER (3),

              Defendant.

-------------------------------------------------------------X

**ORDER**

Kenneth A. Paul, Esq., has passed away.  Richard B. Lind, Esq., is hereby appointed in his stead as CJA counsel for the defendant in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       May 14, 2020

                                                            /s/  Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge