UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-　　　　　　　　　　　　　　　　　　　　No. 19CR677-LTS

ARMANDO BARBIER (3)

            Defendant(s).
-------------------------------------------------------------X

## ORDER

The Chang of Plea Hearing scheduled for November 10, 2020 at 2:00 p.m., is rescheduled to **Tuesday, November 10, 2020, at 1:00 p.m.** in Courtroom 17C.

Dated:  New York, New York
         October 27, 2020

                                      /s/  Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge