LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
140 Broadway, Suite 4611
New York, New York 10005

TELEPHONE: (212) 204-2574  E-MAIL: jacobbarclaymitchell@gmail.com
CELLULAR: (540) 273-3400  FACSIMILE: (212) 858-7750

August 19, 2021

*VIA ECF*

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Paul-Hudgins (Armando Barbier)
      19-Cr-677 (LTS)

Dear Judge Swain:

I am counsel to Armando Barbier, one of the defendants in the above captioned case. I write to request permission for Mr. Barbier to have his electronic monitoring device removed approximately 3 months early.

On March 8, 2021, Mr. Barbier was sentenced by this Court to time served. Additionally, Mr. Barbier was sentenced to three years of supervised release with the special condition of eight months home confinement while wearing an electronic monitoring device.

The reason for this request is so that Mr. Barbier can resume work at his previous job with Take Me To The Water Swim School. The monitor currently prohibits him from performing this job because it cannot be submerged in water.

By allowing Mr. Barbier to have his ankle monitor removed early and resume working, where he previously worked for the past ten years, Mr. Barbier will be in a better position to help himself and his family and continue to be a contributing member of society.

I have consulted with Probation officer Adam Pakula and Assistant United States Attorney Elizabeth Espinosa and neither party objects.

Respectfully submitted,

The modification request is granted. Docket entry no. 111 is resolved.  SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 8/20/2021

\_\_\_\_\_/S/_____
Jacob Mitchell