UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

     -v-                             :      ORDER OF RESTITUTION

ARMANDO BARBIER,                      :
                                                19 Cr. 677 (LTS)
                                        :

          Defendant.              :

- - - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, United States Attorney for the Southern District of New York, Elizabeth A. Espinosa, Assistant United States Attorney, of counsel; the presentence report; and the defendant's conviction in this case, it is hereby ORDERED that:

        1.  **Amount of Restitution**.  ARMANDO BARBIER shall pay restitution in the total amount of $38,228 to the victims of the offense charged in the Indictment, 19 Cr. 677 (LTS).  The name, address and specific amount owed to the victim shall be set forth in a Schedule of Victims, which shall be provided by the Government to the Court.  Upon advice of a victim change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

        2.  **Terms of Restitution**.  The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every

victim has been paid the total amount of his or her loss from all the restitution paid by the defendant. No further payment shall be required after the sum of the amounts actually paid by the defendant has fully covered all the compensable injuries. Any payment made by the defendant shall be divided among the victims named in proportion to their compensable injuries.

3. **Joint and Several Liability**. The defendant's liability for restitution shall be joint and several with any restitution up to the amount of $38,228 ordered to be paid by Aaron Paul-Hudgins and Jalen Dominguez, co-defendants in Case Number 19 Cr. 677 (LTS).

4. **Payment Schedule**. The defendant shall make restitution to victims payable to the Clerk of Court, United States District Court on the schedule entered in the Court's judgment.

5. **Change of Address**. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
       March 4, 2021

                              SO ORDERED:


                              /s/ Laura  Taylor Swain
                              THE HONORABLE LAURA TAYLOR SWAIN
                              UNITED STATES DISTRICT JUDGE